MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RICARDO PEREZ,<br><br>　　　　　　　Defendant. | NO. CR13-110 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE INDICTMENT |

　　　The Court has considered the parties' stipulated motion to extend the indictment deadline. It appears that it would be unreasonable to require the filing of an indictment within the 30-day period required by statute because of the need for further case evaluation prior to indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about May 9, 2013, until June 9, 2013.

　　　The Court finds that the ends of justice that are served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

　　　Therefore, it is ORDERED that the date on or before which an indictment must

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT
(Ricardo Perez; CR13-110RSM)　　　　1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1 | be filed is extended from May 9, 2013, until June 9, 2013.

2 | It is FURTHER ORDERED that the period of delay from May 9, 2013, through June 9, 2013.is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 30th day of April, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/Corey Endo
WSBA No. 34270
Attorney for Ricardo Perez
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
Corey_Endo@fd.org

s/Donald M. Reno, Jr.
Assistant United States Attorney
*By telephonic or email authorization*

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT
(Ricardo Perez; CR13-110RSM)            2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100